IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 04 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:08CR00234-01 GTE |
| vs. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| ANTOINE D. JONES ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 1, 2007, in the Eastern District of Arkansas, the defendant

ANTOINE D. JONES

having previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, to-wit:

(1) On June 25, 1997, pled guilty to the crime of using a prohibited weapon during a crime of violence in violation of 18 U.S.C. § 924(c)(1) in the United States District Court, 4:96CR4007-002 and received a sentence of 120 months in federal prison followed by three years of supervised release.

did knowingly and intentionally possess, in or affecting interstate commerce, a firearm, to-wit: an Astra A-45 .45 caliber pistol, Serial No. 00570-97A loaded with eight rounds of ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

### COUNT 2

On or about December 29, 2007, in the Eastern District of Arkansas, the defendant

ANTOINE D. JONES

having previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, to-wit:

    (1)    On June 25, 1997, pled guilty to the crime of using a prohibited weapon during a crime of violence in violation of 18 U.S.C. § 924(c)(1) in the United States District Court, 4:96CR4007-002 and received a sentence of 120 months in federal prison followed by three years of supervised release,

did knowingly and intentionally possess, in or affecting interstate commerce, ammunition, to-wit: 29 rounds of Wolfe 7.62X39 ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

### COUNT 3

On or about May 12, 2008, in the Eastern District of Arkansas, the defendant

ANTOINE D. JONES

having previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, to-wit:

    (1)    On June 25, 1997, pled guilty to the crime of using a prohibited weapon during a crime of violence in violation of 18 U.S.C. § 924(c)(1) in the United States District Court, 4:96CR4007-002 and received a sentence of 120 months in federal prison followed by three years of supervised release,

did knowingly and intentionally possess, in or affecting interstate commerce, ammunition, to-wit: nine rounds of Winchester .45 caliber ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

(End of text. Signature page attached).