PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

Name of Offender:  Antoine D. Jones              Case Number:  4:08CR00234-001 GTE

Name of Sentencing Judicial Officer:   Honorable G. Thomas Eisele
                                       United States District Judge

Offense:                Felon in possession of ammunition

Date of Sentence:       November 20, 2009

Sentence:               12 months and 1 day Bureau of Prisons, 36 month term of supervised release,
                        substance abuse treatment, alcohol restrictions, no employment in FDIC
                        insured institution, and $100 special penalty assessment

Type of Supervision:    Supervised release      Date Supervision Commenced:  November 26, 2010
                                                Expiration Date:  November 25, 2013

Asst. U.S. Attorney:  Michael Gordon            Defense Attorney:  To be determined

U.S. Probation Officer:  Alexa L. Richards
Phone No.:  501-604-5280

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 17 2011
JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| **General** | **The defendant shall not commit another federal, state, or local crime.** On February 23, 2011, Mr. Jones was arrested by the Pulaski County Sheriff's Office for possession of a controlled substance with intent, possession of drug paraphernalia, and no seat belt. According to the arrest report, on February 23, 2011, Mr. Jones was pulled over for no seat belt. Upon contact with Mr. Jones, officers smelled an odor of marijuana from inside the vehicle. Mr. Jones was asked to step out of his vehicle. He became agitated and began asking the officer why he had to exit the vehicle. When Mr. Jones exited the vehicle, the officer observed him reach up under the seat. The officers asked Mr. Jones to put his hands on the vehicle, so they could check him for weapons due to bulges in his pockets. The officer advised Mr. Jones there was a strong odor of marijuana on his person. Consequently, during the pat down, the officer felt a plastic package containing a green, leafy substance in the right, front pocket of Mr. Jones' jeans. Mr. Jones started trying to turn around and would not follow commands to keep his hands on the vehicle, so he was placed in handcuffs for the officers' safety.<br><br>The officers removed the package from the right, front pocket of Mr. Jones' jeans and observed a plastic package containing eleven small, individually packaged zip-lock baggies of a green, leafy substance. The officers also removed $2,013 dollars in U.S. |

Prob 12C                                      -2-                              Petition for Summons for
                                                                               Offender Under Supervision

Name of Offender: Antoine Jones                    Case Number: 4:08CR00234-001 GTE

> currency from the front pockets of Mr. Jones' jeans. The officers advised Mr. Jones he was under arrest and was placed in the patrol unit. An administrative inventory was conducted on the vehicle, and a package of French white rolling papers were located on the passenger side floorboard of the vehicle.

**Standard**   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

As reported above, on February 23, 2011, Mr. Jones was arrested for possession of a controlled substance with intent, possession of drug paraphernalia, and no seat belt. On February 24, 2011, Mr. Jones submitted a urine sample which tested presumptively positive for THC. Mr. Jones signed an admission of drug use form stating, "I had smoked a gram of weed." The sample was sent to Alere laboratories and confirmed positive for THC.

It is requested that a summons be issued and a revocation hearing held. Mr. Jones was previously represented by appointed counsel, J. Fletcher See, III. Attached is a CJA 23 Financial Affidavit for appointment of counsel. The Government is represented by Assistant U.S. Attorney Michael Gordon.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _____March 15, 2011_____

_____                    _____
Alexa L. Richards                                Michael Gordon
U.S. Probation Officer                           Assistant U.S. Attorney

Date:   March 15, 2011                           Date:   3/17/11

---

This form is to be filed with Criminal Docketing as a motion.
Approved:

_____
Supervising U.S. Probation Officer

ALR/pjb

c:  Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203