PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision
### Supplemental

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 13 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Name of Offender: Antoine D. Jones | Case Number: 4:08CR00234-001 GTE |

Name of Sentencing Judicial Officer:   Honorable G. Thomas Eisele
United States District Judge

Offense: Felon in Possession of Ammunition

Date of Sentence: November 20, 2009

Sentence: 12 months 1 day Bureau of Prisons, 36 month term of supervised release, substance abuse treatment, alcohol restrictions, no employment in FDIC insured institution, and $100 special penalty assessment

| | |
|---|---|
| Type of Supervision: Supervised release | Date Supervision Commenced: November 26, 2011<br>Expiration Date: November 25, 2013 |
| Asst. U.S. Attorney: Michael Gordon | Defense Attorney: Chris Tarver |

U.S. Probation Officer: Alexa L. Richards
Phone No.: 501-604-5280

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| **General** | **The defendant shall not commit another federal, state, or local crime.** |

On February 23, 2011, Mr. Jones was arrested by the Pulaski County Sheriff's Office for possession of a controlled substance with intent, possession of drug paraphernalia, and no seat belt. According to the arrest report, on February 23, 2011, Mr. Jones was pulled over for no seat belt. Upon contact with Mr. Jones, officers smelled an odor of marijuana from inside the vehicle. Mr. Jones was asked to step out of his vehicle. He became agitated and began asking the officer why he had to exit the vehicle. When Mr. Jones exited the vehicle, the officer observed him reach up under the seat. The officers asked Mr. Jones to put his hands on the vehicle, so they could check him for weapons due to bulges in his pockets. The officer advised Mr. Jones there was a strong odor of marijuana on his person. Consequently, during the pat down, the officer felt a plastic package containing a green, leafy substance in the right, front pocket of Mr. Jones' jeans. Mr. Jones started trying to turn around and would not follow commands to keep his hands on the vehicle, so he was placed in handcuffs for the officers' safety.

Prob 12C -2- Petition for Summons for
Offender Under Supervision

Name of Offender:  Antoine D. Jones          Case Number:  4:08CR00234-001 GTE

> The officers removed the package from the right, front pocket of Mr. Jones' jeans and observed a plastic package containing eleven small, individually packaged zip-lock baggies of a green, leafy substance.  The officers also removed $2,013 dollars in U.S. currency from the front pockets of Mr. Jones' jeans.  The officers advised Mr. Jones he was under arrest and was placed in the patrol unit.  An administrative inventory was conducted on the vehicle, and a package of French white rolling papers were located on the passenger side floorboard of the vehicle.
>
> On June 13, 2011, Mr. Jones pled guilty to simple possession in Pulaski County Circuit Court and was given 1 year of probation, $1,000 fine, 30 hours of community service work, complete drug treatment, drug screens, and 6 months driver's license suspended.

Please include the above-noted violations with the violations previously reported on March 17, 2011.  Mr. Jones is represented by Assistant Federal Public Defender, Chris Tarver.  The Government is represented by Assistant U.S. Attorney Michael Gordon.


I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _____July 8, 2011_____


_____Alexa L. Richards_____          _____M.G._____
Alexa L. Richards                                    Michael Gordon
U.S. Probation Officer                          Assistant U.S. Attorney

Date:   July 8, 2011                              Date:   7/13/11


This form is to be filed with Criminal Docketing as a motion.

Approved:

_____Alan Scheer_____
Supervising U.S. Probation Officer

ALR/clh

c:  Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203
    Assistant Federal Public Defender, Chris Tarver, 1401 W. Capitol, Ste. 490, Little Rock, AR 72201