# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                            NO. 4:08CR00234-01 GTE

ANTOINE D. JONES                                       DEFENDANT

## ORDER

Pending before the Court are the Motions to Revoke Supervised Release filed March 17, 2011 and July 13, 2011. A hearing was held this date before the Hon. G. Thomas Eisele. Present were Assistant United States Attorney Michael Gordon, Assistant Federal Public Defender Chris Tarver, Defendant Antoine D. Jones, and U.S. Probation Officer Alexa Richards. Defendant admitted the violations contained in the Violation Memorandum. After testimony and evidence of the parties the Court denies the Motions to Revoke.

IT IS THEREFORE ORDERED that the Motions to Revoke Supervised Release [Docs. 35 and 40], be and they are, hereby DENIED. The Court hereby modifies the conditions of Defendant Antoine D. Jones' Supervised Release to include mental health treatment under the supervision and guidance of the United States Probation Office. All other conditions previously imposed by this Court remain in full force and effect.

SO ORDERED this 8th day of August, 2011.

                                                 /s/ Garnett Thomas Eisele
                                                 UNITED STATES DISTRICT JUDGE